# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2025-0312**
William F. Mann v. State of Alabama (Appeal from Elmore Circuit Court: CC-24-540)

## NOTICE

You are hereby notified that on October 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk